# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA PHE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | ) 1:12cv00677 AWI DLB<br>)<br>) ORDER CONTINUING<br>) SCHEDULING CONFERENCE<br>)<br>) **Date: October 10, 2012**<br>) **Time: 9:00 a.m.**<br>) **Courtroom 9**<br>) |

　　　　Plaintiff Vanna Phe ("Plaintiff") is proceeding pro se in this action filed on April 30, 2012.  On May 2, 2012, the Court issued summons and set a Scheduling Conference for August 2, 2012.  The Order Setting the Mandatory Scheduling Conference also explained the requirements for service of the complaint pursuant to Federal Rule of Civil Procedure 4.

　　　　As of the date of this Order, Plaintiff has not yet filed a proof of service indicating that the complaint has been properly served.  Accordingly, the Court CONTINUES the August 2, 2012, Scheduling Conference to October 10, 2012, at 9:00 a.m., in Courtroom 9.

　　　　Plaintiff is reminded that pursuant to Federal Rule of Civil Procedure 4(m), the complaint must be served within 120 days of the filing of the complaint.  Plaintiff therefore has until August 28, 2012, to serve the complaint and file a proof of service with the Court.

If Plaintiff needs additional time to serve the complaint, she must request an extension of time pursuant to Rule 4(m).  A showing of good cause must be made in such a request.

<u>Failure to comply with this Order will result in an Order to Show Cause why this action should not be dismissed for failure to prosecute.</u>

IT IS SO ORDERED.

Dated:   **July 31, 2012**                              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE