# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNA PHE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | ) 1:12cv00677 AWI DLB<br>)<br>) ORDER TO SHOW CAUSE<br>) WHY ACTION SHOULD<br>) NOT BE DISMISSED<br>)<br>)<br>)<br>) |

　　　　Plaintiff Vanna Phe ("Plaintiff") is proceeding pro se in this action filed on April 30, 2012.

　　　　On July 31, 2012, after Plaintiff failed to timely file a proof of service, the Court issued an order continuing the Scheduling Conference to October 10, 2012.  The order also explained that Plaintiff needed to serve the complaint pursuant to Federal Rule of Civil Procedure 4(m). The order instructed Plaintiff to serve the complaint and file a proof of service by August 28, 2012, and indicated that if she failed to do so, an order to show cause would issue.  As of the date of this order, Plaintiff has not filed proofs of service or otherwise contacted the Court.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should not be dismissed for failure to serve the complaint and prosecute the action.  Plaintiff may comply with this order by filing proofs of service indicating that the complaint and summons

1

were properly served on Defendants.  Plaintiff is again advised of Federal Rule of Civil Procedure 4, which specifies the proper methods for service of a summons and complaint.

     Plaintiff is ORDERED to file a response, or properly executed return of service forms, within thirty (30) days of the date of service of this order.  Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders and failure to prosecute this action.

IT IS SO ORDERED.

   Dated:   **September 28, 2012**          /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE